IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY 23 A 9: 37

___Ralph Lingo  190083___ )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 1:06CV462-A
 )   (To be supplied by Clerk of
___State of Alabama and___ )   U.S. District Court)
___the Alabama Plumbing and___ )
___Gas Board, David Wilcox___ )
___Plumbing Inspector___ )   **DEMAND FOR JURY TRIAL**
___Henry County Court___ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES (  )  NO (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES (✓)  NO (  )

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) ___Ralph Lingo___

         Defendant(s) ___Sgt Tony R Luker, 1:04CV1188-A___

      2. Court (if federal court, name the district; if state court, name the county) ___Middle District of Federal Court Montgomery AL___

3. Docket number _1:04CV 1188-A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Still Pending_

6. Approximate date of filing lawsuit _5-11-2006_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Montgomery City Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Henry County Alabama_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                             ADDRESS
1. _David Wilcox with Alabama Plumbing And Gas Board_
2. _State of Alabama_
3. _Henry County Court_
4. ___
5. ___
6. ___

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Do not know The Date_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Attorney Lied to me, and Judge Jackson Refuse me of A Jury trial. And never plead IN front of a Judge And plead Guilty_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I did not hire Terry Bullard to Be my Attorney. Terry Bullard told me he had a case in Houston county, he wanted me to sign a waiver to put off on a later Date. I sign a waiver and was took Back to Jail, Because it was Actually A Guilty Plea.

GROUND TWO: David Wilcox state of Alabama Plumbing And Gas.

SUPPORTING FACTS: I Asked the District Attorney to show me in the Law Book where it Stated that It was against the law to do Mobile Home Plumbing and Plumbing Repairs, District Attorney And the state said it was not in the law Book.

GROUND THREE: I have Been Doing Mobile Home Plumbing Repair for 27 years.

SUPPORTING FACTS: There is no law in mobile Home Plumbing, A mobile Home is exempt from the law of Plumbing, Because it is mobile. Even the Plumbing And Gas Board could not find in the law Book that It was Against the law to do mobile Home Plumbing. I was also Grand Father IN to do Plumbing, But you do not have to Be Grand father IN to do mobile Home Plumbing.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Jury trial and all Damages set by the Jury, let the Jury set the Damages to Be rewarded to the Plaintiff. For All Type of Liability Damages for the Plaintiff

*Ralph Lingo*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 5-17-2006.
(Date)

*Ralph Lingo* 5-17-2006
Signature of plaintiff(s)

4